UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NATHAN JACKSON                                                                                   Plaintiff

v.                                                                                Civil Action No. 3:23-cv-419-RGJ

ABBOTT LABORATORIES INC.,                                                                  Defendants
ST. JUDE MEDICAL, LLC, ST. JUDE
LABORATORIES LLC

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(2)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3)   The Clerk of Court shall **CLOSE** this case.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

September 19, 2024

1